# United States District Court
# For The Western District of North Carolina
# Charlotte Division

LeRoy Bodie, Jr.,

    Plaintiff(s),

vs.

The State of North Carolina and
Theodis Beck,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-197-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2006 Order.

**Signed: May 3, 2006**

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court